# EXHIBIT A

# Droese, Brooke

| | |
|---|---|
| **From:** | Society Insurance <marketing@societyinsurance.com> |
| **Sent:** | Monday, March 16, 2020 5:56 PM |
| **To:** | Droese, Brooke |
| **Subject:** | COVID-19 & Insurance Coverage |

 FROM THE DESK OF Rick Parks 

Society agency partners,

On March 5, I provided a message to you outlining a general view of how our policies would likely respond in the event of a wider outbreak of the COVID-19 virus. Given the fact that COVID-19 has reached pandemic status, and some states have taken steps to limit operations of certain businesses, I wanted to follow up with some guidance on questions you may be receiving from your clients.

I'll address both first-party property coverages and third-party liability coverages. As I indicated in my earlier message, while the current circumstances are unlikely to result in facts that support first-party coverage under our policies, or liability to a policyholder, we encourage any policyholder or third-party claimant who wishes to present a claim to do so.

To help facilitate answering coverage questions related to COVID-19, an email address has been established: COVID-19@societyinsurance.com

If a policyholder desires to present a claim for property or liability coverages, they can contact us at our regular claim email address: claims@societyinsurance.com

Workers compensation claims should be sent to our regular claim email address for work comp: wcclaims@societyinsurance.com

We will respond to and address each email as quickly as possible.

This is how various coverages would likely respond to COVID-19 claims:

**FIRST-PARTY CLAIMS**

**Business Income coverage:**
Whether it be a full shutdown of business, a partial suspension of operations or an alteration in business operations that remain open, Business Income coverage must be due to a suspension caused by *direct physical loss of or damage to covered property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss*. **Extra Expense** coverage also requires the same coverage triggers. In general, a quarantine of any size, or brought about by a governmental action without a Covered Cause of Loss, would likely not trigger Business Income or Extra Expense coverages under our policies.

**Civil Authority coverage:**
Civil Authority additional coverage pays for actual loss of Business Income and Extra Expense caused by an action of civil authority that prohibits access to the described premises when *a Covered Cause of Loss*

*causes damage to property other than property at the described premises.* A widespread governmental imposed shutdown due to COVID-19 (coronavirus) would likely not trigger the additional coverage of Civil Authority.

**Contamination coverage:**
This additional coverage for Contamination will pay for costs to clean and sanitize the premise, if the insured's operations are *suspended* due to "contamination." A governmental agency, such as a Health Department, must close a specific business because of the discovery or suspicion of food contamination. Because COVID-19 is spread through human contact and is not seen as a foodborne illness, it would be unlikely to trigger this coverage.

**Product Spoilage coverage:**
Product Spoilage requires a specific and unique Spoilage Covered Cause of Loss. These are a change in temperature or humidity due to a mechanical breakdown or failure of equipment, or contamination by a refrigerant or power outage. Any alleged COVID-19 (coronavirus) exposures or spoilage from the extended shelf life of a product is not a Spoilage Covered Cause of Loss.

**THIRD-PARTY LIABILITY AND WORKERS COMPENSATION**

**Liability Coverages:**
General liability coverage applies to bodily injury caused by an occurrence. COVID-19 illness allegations presented by third-party claimants would be considered on an individual basis. An important element to proving liability would be evidence that an illness occurred due to exposure at a particular business, and that the business was negligent in allowing the exposure. Both of these would be very difficult to prove in a community-spreading viral outbreak. Allegations of bodily injury by third parties should always be referred to us for review, but it's unlikely negligence could be substantiated.

**Workers Compensation:**
The burden to prove that Workers Compensation benefits apply for COVID-19 would be very difficult. Disease claims have specific elements outlined within the Workers Compensation statute necessary to find a claim compensable. These elements would include, but not be limited to, the following, as each state may have additional tests to be met. First a worker must show their job is at a greater risk to exposure than the general public. A worker must also show they contracted COVID-19 while in the course of their employment, and it must arise out of their employment. Both arising-out-of and in-the-course-of tests are required to find compensability. Once again, this is difficult to establish in a community-spreading viral outbreak, but all purported claims should be referred to us for review.

We realize this is a challenging time both for you and our policyholders. While the contact points I mentioned at the beginning of this message should be sufficient for most inquiries, please feel free to reach out to our Vice President-Property, Auto & Liability Claims, Bill Bunzel (bbunzel@societyinsurance.com), or our Vice President-Workers Compensation Claims, Mike Zajicek (mzajicek@societyinsurance.com), with any broader questions or concerns. They stand ready to help.

**Rick Parks**
President & CEO

**Society Insurance | societyinsurance.com**

   

Society Insurance | 150 Camelot Drive, Fond du Lac, WI 54936

Unsubscribe {recipient's email}

Update Profile | About Constant Contact

Sent by marketing@societyinsurance.com

**THIS IS A TEST EMAIL ONLY.**
This email was sent by the author for the sole purpose of testing a draft message. If you believe you have received the message in error, please contact the author by replying to this message. Constant Contact takes reports of abuse very seriously. If you wish to report abuse, please forward this message to abuse@constantcontact.com.